IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

AARON DOHERTY,                          )
                                        )
                    Petitioner,         )
                                        )
        vs.                             )        No. CIV-12-43-C
                                        )
MIKE MULLIN,                            )
                                        )
                    Respondent.         )

<u>ORDER OF TRANSFER</u>

This matter is before the Court on the Report and Recommendation entered by the

United States Magistrate Judge on February 9, 2012.  The court file reflects that no party has

objected to the Report and Recommendation within the time limits prescribed.  Therefore,

the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and

this case is transferred to the United States District Court for the Eastern District of

Oklahoma.

IT IS SO ORDERED this 22nd day of March, 2012.

ROBIN J. CAUTHRON
United States District Judge